Ready to begin before we do before Mr. Sampson comes up. I just want to take a moment to again thank uh Honorable John Padova, a very distinguished jurist who's a colleague with us on the Eastern District Court and a neighbor of mine and I'm absolutely delighted to have the opportunity to to sit with him. After this case he may never ever come back here. Ready to proceed? Thank you, Your Honor. My name is Michael Sampson. I'm with the law firm Reed Smith. I represent repellent in this matter and with your permission I'd like to reserve three minutes for rebuttal. Okay. Mr. Sampson, let me tell you we haven't discussed the merits of this case. Let me tell you this is the darndest thing I've ever seen in my entire life. It makes no matter how much you spend it and forget all the fancy legal issues about collateral order reduction and all that stuff. I think it really makes not a whole lot of sense. He found the lawsuit under his original name yesterday just because my mind takes weird turns. I was rereading my law clerk's memo discussing this thing with my wife and I just thought to myself well how hard would it be for me to find out this guy's identity. I took a stopwatch in one hand. I typed into Google all the order Amish lawsuit immigration and in 48 seconds I knew his name, his wife's name, where they were married, the county that they were married in. That's not what they need. That's just the little headlines that popped up in the Google entries. In 48 seconds, 45 seconds, I knew all of that. What is the deal here? Yes, Your Honor. Well, there's a few issues, Your Honor, both procedural and substantive. Let me ask you a question too. I think this suit is a big waste of time. This guy needs a green card. That's two votes right there. Why doesn't he simply, I gather he got his copy of the certificate in late. It was birth certificate. And why Homeland Security can't just say well this is a good guy. He's got a loving wife and family. He deserves to be working on the farm. Give him his green card a little bit late. Instead, we're sitting listening to you yap about constitutional issues that we don't really need to make any decision on and it's wasting the court's time. It's wasting the lawyer's time. Can't we get together and get this guy's green card? The telephone. This is not a collateral order doctrine case. This is a telephone case. You pick up the phone, you call up Laws and Counsel, and the guy gets the relief he wants. Your Honors, I agree with you both 100%. You agree that it's a waste of time? I agree that it's a telephone case that would have been a lot better served by resolving it between the parties. However, we have made numerous efforts, as the government has not been willing to resolve it. Has he ever given them a legible copy of his birth certificate? Yes, Your Honor. In fact, twofold. First of all, I think that's a pretext in this case because going back to the initial file of the legible copy of his birth certificate was provided. The officer in charge of Pittsburgh office reviewed that copy of his birth certificate when my client presented himself for an interview and was satisfied that he was who he says he was and had no problems with that birth certificate. Only thereafter did the government create the issue of the birth certificate. At that time, they gave him approximately 87 days to respond, which we've asserted our complaint was an arbitrary and depreciating amount of time because our client, again, because he's an older Amish and should be, as Judge Roth said, back working on the farm and isn't one who is versed in the ways and isn't sitting there with a fax machine and a stopwatch and a computer. How would anybody in his community ever find out that he filed a lawsuit? I'm sorry? How would anybody in his community, that he's concerned about being shunned? They read the newspapers, Your Honor. They read the newspapers? Yes, Your Honor. And in fact... Well, what is it specifically that you need to make this case go away? What specifically do you want? From the government or from your... Anybody. Just to make it go away. From the government, it would simply be an agreement to process his I-45, his application to become a permanent resident, without his having to submit a photograph. And if all other criteria are satisfied, which they are, the government would obviously be free to review that, that he be granted his green card. And I gather that in certain circumstances, similar to the one here where there's a religious belief and where the individual can be thoroughly checked and has been checked and is no problem, that they will do that, that they will issue a green card without a photograph. That was true prior to September 11, 2001, Your Honor. We have not, obviously have not gotten into discovering this case. I can't speak to whether it is true still after 2001. There is a provision within the I-485 instructions, however, Your Honor, which permits an individual wearing a headdress or other head covering to be photographed, for religious reasons, to be photographed with that head covering on. Well, maybe that's the answer. You can have a head covering that goes from top to bottom. Maybe that's the way out of this case. We would accept that, Your Honor, I think. I can't speak to my client, but yes, Your Honor. I mean, the issue here is that two things, to just answer your question, and obviously I'm happy to discuss any questions you have about the student industry as well, is one, our client at the very beginning, as I said, you know, his birth certificate was reviewed by the officer in charge, and in fact, Your Honor, the government has the power under the Code of Federal Regulations to reopen a service proceeding once the birth certificate was submitted. A letter was sent to the government asking that they exercise the discretion they have and that they reopen the While this litigation was progressing, as you noted from the briefs, the appellant's wife is no longer a party to this lawsuit. The requirements on the I-130, which is the petition that a petitioning spouse must file to have her husband or wife become a United States citizen, also requires that a photograph be submitted of the petitioning spouse as well as the spouse who's being petitioned for. The government had refused to waive that requirement, hence the litigation was filed in both their names. Mysteriously, during the pendency of this litigation, her petition was granted, thereby, without a photograph, but the government has refused to make any accommodations for Well, maybe you should consider saving the rest of your time for rebuttal. Let us hear from the government. That's a very good idea. I'd be happy to do that. Good morning. May it please the Court. Tom Dupree from the United States. Let me begin by addressing Judge Roth's question about why this hasn't just been sorted out. I think the answer to that lies in the fact that on page 33 of the appendix, the government sent a letter to the Petitioner's Council saying, We're denying your application for adjustment because we told you you needed to furnish us with a legible birth certificate. We gave you about 90 days in which to do so. You never gave us anything. You never asked for an extension. He's saying they have that now. He's saying that the examiner in Pittsburgh has conceded, apparently, as someone in the record, that they do have a legible copy of the birth certificate. But you know that's not true. If you get a legible copy of the birth certificate, does it go away? Does this case go away? Well, it'd have to file an application because his existing application lay dormant for months and months. Why don't you just reopen it? Well, I think because the way that CIS typically works is when you file something and we say you're missing this and then years go by and they come back. It wasn't years. Things have changed. It wasn't years. Well, the letter I'm looking at here was July 12, 2005. So we're coming up on three years. And my reading of the record is that the birth certificate was provided in late September of 2005. And so why does not Homeland Security simply reopen, grant its green card, and let us go home and do more important things? Well, I think that's something that Homeland Security has the discretion to do, whether they want to sua sponte, reopen, or whether they say you need to file. Secretary Chertoff used to be a judge on this court. And we could always write him a letter and say, dear Secretary Chertoff, would you consider reopening this thing? But why can't you simply go back and say this thing needs to be reopened? What needs to be done to get it reopened and get this guy's green card? I can certainly say that, Judge Roth. But, again, we're in the position where in 2007 the petitioner's lawyer sent us a letter saying you've told us that the application was deemed abandoned. It was denied. Should we file another application under the rules, which the rules clearly state is the way to go? He doesn't do that. Instead, I think about three days after sending us that letter, he files a federal lawsuit. So, again. Okay. Well, but don't get, you know, don't get your back up. I'm sorry. I'm not getting my back up, John. I'm just trying to answer Your Honor's question. Yeah. You know, it's. Yeah. Why would the government want a decision on these sophisticated principles and important principles within the context of this case, which can be so easily remedied administratively? Telephone call. Well, I guess, Judge Perdova, I'm not sure that it's right to say that the government is actively seeking resolution of these issues concerning anonymity. Well, you're here. Well, we move to dismiss the case for lack of jurisdiction. We, in fact, ask the court to dismiss the case and not render a merits rule. You know, we're talking about people who have lives. We're talking about a family that wants to stay together. And from the lawyers, I'm hearing bureaucracy and, well, they didn't do this on time and they didn't do that on time, and our rules say this and thus and thus. Now, I'm a senior judge, and I'm beginning to get a little bit tired of some of the bureaucracy. And it seems to me that a case like this can be so easily solved that I dislike wasting my time sitting here and have people, lawyers, talking to me about legal points when I think there is a much better resolution of the whole matter. And I would like to see the lawyers try to get this thing resolved. Well, I'm not senior yet, but this is driving me toward senior. It's very awesome. There are a number of things that I'd like to do before I die. Resolving this case is not high up on that list. You heard what I heard on the street corners, and that is, you know, cases like this could very easily make bad law. I understand that, Judge Padova. I think with regard to the question about why this wasn't resolved, again, I would point out that Homeland Security did send a letter. Okay. Now, how do we resolve it today, June 1st? June 2nd, whatever the date is. How do we resolve it now? What do we do to make this thing go away? Well, one possibility is presumably the petitioner is free to file a new application, as we told him to do. But instead, he sued us. Again, we didn't invoke. If he files that without a picture, what happens? Assuming he has a legible copy of the birth certificate, but no picture. He says he already got that, but assuming he gives you another one, what happens? There, in the event that Homeland Security may deny it for want of a picture, then it's possible that we would, in fact, have a legitimate constitutional discussion. So what is the policy of Homeland Security on whether you need a picture? Well, I do know that there are cases where they do not require a full facial picture. For example, in the case of persons who, because of their fidelity to Islam. No, but I mean, what is their policy? I don't know if they are. Will you provide us with a copy of the policy? Sure. And I assume that his wife filed an application without a picture. That's right. Apparently, so how, maybe, was that a Monday application, and whoever looked at it didn't feel like being bothered and just granted it? Well, it's entirely possible that it's something that's at the discretion of the individual at CIS who looks at it. In other words, if there is sufficient indicia of reliability, that this is a known person, that there are no. . . Is this something that you can make a telephone call and we recess and then you'll let us know? I don't think so, Judge Padova. I wish I had that power. Is it because they took your cell phone downstairs? I wish I had that power to make it go away, and I will certainly look into the question that Judge Roth asked about, and I will see if I can further illuminate why this can't go away. Maybe we should just write Mike a letter. Yeah, yeah, yeah. Well, it's, I mean, this is not something. . . My guess is within that very, very small universe of certain things is that there's, and I used the name John Doe, and I won't honor Google by disclosing his name, even though he's already disclosed it. One of those things that's a certainty is that this guy is not a terrorist. I'm not even sure he can be around electricity. And it took me 30 seconds. Now we have an additional issue. They've approved the wife's application. If they deny the husband's application, now we have a civil rights issue. Well, possibly, but, of course, it would depend on the grounds on which they deny the husband's application. I can cite the Judge Roth's point about lawyers. Right. Again, I am personally at a loss to understand why the plaintiffs didn't simply file the application, again, as we told them. Well, they agreed to do so by the end of this week. I don't mean to interrupt. May I just correct it? Yeah, come up to the microphone, if you would, so you can be heard. Just so we don't get off on a frolic, that application has been filed. What application has been filed? The I-485 for appellant. You're talking about another I-485 after the original? Yes. Just to put the factual context, make the factual context complete, first of all, in 19 June of 95, or July of 2005, I guess, the application, the petition, the application filed by appellant was denied. At that time, his wife's petition continued on. At that point, litigation was filed in the case because neither of them had been granted and had, in fact, been denied on the basis of lack of photograph. Thereafter, efforts were made to resolve the case between appellant and the government. Those did not go very far. During the pendency of those efforts, the petition filed by appellant's wife was granted without a photograph, thereby at least temporarily mooting out her claim, which is why we dropped her from the suit. Once that paper came in approving her petition, and that paper is in the appendix in the record as well, we, my law firm, sent a letter to CIS saying, okay, this has happened. Do you want us to refile a new application for appellant, or would you prefer to reopen and proceed with the application that had previously been pending and previously denied? As you ought to understand, this has been a morass given all the different efforts to resolve this. No response was received to that letter. Therefore, we had a pendency of the current civil action, which we then amended to make clear two things. One, that we were dropping his wife as a plaintiff. And two, that based on the fact that they weren't reasonably buying that letter, they weren't willing to negotiate a resolution for him, and that a variety of other issues. Well, they didn't respond. You're saying they weren't willing to negotiate. They just didn't respond. You didn't hear from them. No, no, two things, Your Honor. We had not been able to reach an agreement regarding appellant and what to do about appellant, and they didn't respond to the letter regarding how do you want us to proceed now that you've granted the wife's petition. So there were two issues. Therefore, we amended the suit to make clear and address some of the issues that the government has now raised and a motion to dismiss, which is the fact that it was clear based on past conduct they would deny for lack of a photograph and that we didn't need to wait around for harm to be consummated. Obviously, that's something that would have to be addressed on a motion to dismiss. At the same time that we did that, because we did not hear back from the government with regards to how it would like to proceed regarding the I-485 once the wife's petition was filed, in fact, appellant refiled his I-485. At that time, he submitted for a third time a legible copy of his birth certificate. He paid all required filing fees, and he submitted all additional documentation, absent, of course, the photograph. And there was a letter sent explaining again about the photograph. With all due respect, to backtrack for one second, I don't think it was a Monday morning decision to approve his wife's petition, because as your honors might imagine, given the duration of this litigation and obviously the dispute between the parties, this has all been handled, to our understanding, much of it out of the service center in Missouri. The Missouri Council and the Office of Immigration and Litigation has been CC'd on all correspondence back and forth, so I don't think it's an ad hoc decision being made by somebody rubber stamping it. The application has been refiled. He has been interviewed. Notably at that interview, the government, rather than just having a normal proceeding, as would be the case, sent lawyers from Washington, D.C., who sat and whispered in the ears, none of this is in the record, I apologize if you want me to stop, but I wanted to answer the context and the factual questions you were asking, sent lawyers who whispered in the ears the whole time, and seemed again, your honor, to be asking questions that were a bit out of the ordinary. Again... Have either of you gentlemen seen the Bureau of Arguments? When I read the briefs, I thought to myself, if Monty Python ever got a hold of these briefs, this would not only make a great 30-minute episode, this is a movie. This is up there with the search for the Holy Grail. You know, the BBC America is replaying the full Monty Python series. Tell me when. Because this is a Monty Python. And this particular episode that it reminds me of is the Bureau of Arguments. But beyond that, this is a Monty Python, really. Your honor, again, we're here. So obviously I want to be here, and my client has asked us to pursue this. But we don't want to be here, as you can tell from... See, that's the Monty Python. We're here, we want to be here, but we don't want to be here. We have no choice. This is perfect. We have no choice, your honor, and that's what we try to explain in our briefs, which is that the very act of filing litigation contravenes our client's religious beliefs, which is why we've asked to proceed and sue them. The government will not step up to the plate. He's not a terrorist, your honor. He's got a farm in a county in western Pennsylvania. Clearing County, according to Google. Clearing County. It's in our brief also, your honor. And if you'd like, I'd be happy to address what you can and can't find on Google, but we can come back to that. I'll bet there's numbers you can't find on Google. There's certain things you can't find on your website that have been deleted, but the URL for it is in the red brief. You type in the URL. I agree, your honor. It still pops up. I agree, but that was from years ago, and there's some evidentiary issues and some record issues, and we can address those. But just to finish the point, and again, I don't mean to take away time, but I didn't want to complete the story, is that we don't want to be here, never wanted to be here. All efforts were made prior to filing litigation going back many years. If the government would agree simply to process the application without a photograph and would not find a pretext for denying it for want of a photograph, you folks could either get on with other important cases. We find an important case even. I'm sorry? We find an important case. We believe, your honor, it is an important case because the government is, unfortunately, violating my client's rights under the U.S. Constitution and the Religious Freedom Restoration Act by refusing to accommodate his religious beliefs so that he could become a United States permanent resident, eventually a United States citizen, which is, you know, these are bedrock principles of both our government and our democracy and of our law. So I think the underlying case does present important legal issues. I think there are substantial violations of my client's rights occurring, but I agree with your honors that this is the type of thing that could be resolved by telephone call, and I, you know, welcome Judge Roth's idea of this panel sending a letter to Secretary Chertoff. Maybe that's the only way to resolve it is just send the secretary a letter and just say, Mike, make this thing go away. That would be terrific. Well, it depends on what he does. Well, it would be terrific if your honor sent the letter. Mr. P, you are an excellent attorney. You've argued cases before me a number of times. You're one of the better attorneys I've ever seen from in here. Is there any way you can cut through this nonsense and just apply some common sense? Forget that incredible intellect that you have and just focus your common sense, which I know law school did not destroy. They probably damaged it severely but didn't destroy it to make this thing, to get it out of the Monty Python world and back into the world of reality. Judge McKeith, if you give me 72 hours or so, I'll see if I can make it go away. I'm sorry? If you give me 72 hours or so, we'll see if I can make it go away. All right. You want chips for that? I will. I will do my best. And perhaps it would be acceptable to the court if I will go to Washington, see if I can rustle the bushes and reach a resolution that's satisfactory. Better leave the bushes out of it. Yeah. Really good. That's why we love Judge Voss so much. That's why we're so excited. There's nobody faster than your phrase than Judge Voss. No one. Point well taken. But I will report back to the court by the end of this week as to the status of my attempt to see if I can resolve this. Okay. That's good. Then why don't we just – I don't need the issues argued. The objective for me requesting argument is from the Chief. Okay. All right. Why don't we just take the matter under advisement and then you'll let us know where we go from here. I'll report back to this court by the end of this week. Okay. Great. Thanks. I appreciate the Attorney's focus on the realities of this issue. Yes, sir. As do I. Monty Python will be disappointed but the court is – Perfect. Thank you, Your Honors. Thank you, Your Honors.  I guess, so we should hear all.